24413.   HEAD *v.* THE STATE.

GUERRY, J.  The trial judge in his certificate fails to certify that the bill of exceptions "is true."

*Writ of error dismissed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED NOVEMBER 24, 1934.

*Walter W. McEver, E. C. Brannon,* for plaintiff in error.
*G. Fred Kelley, solicitor,* contra.